FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* All Defendants (see attachment for details)

was received by me on *(date)* March 12, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On March 14, 2020, I served the summons and complaint on all Defendants, U.S. Attorney General Barr, and the U.S. Attorney for the Southern District of New York via U.S.P.S. certified mail. See attachment for full list of addresses served.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: March 30, 2020

/s/ *Molly Buckley*
*Server's signature*

Molly Buckley
*Printed name and title*
Paralegal, National Security Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

**Defendants and Addresses Served Via Certified Mail**

<u>Defendants</u>:

**U.S. Customs and Border Protection**
Office of Chief Counsel
1300 Pennsylvania Avenue, NW
Washington, D.C. 20229

**U.S. Department of Homeland Security**
Office of General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, D.C. 20528-0485

**U.S. Immigration and Customs Enforcement**
Office of the Principal Legal Advisor
500 12th Street, SW
Washington, D.C. 20024

**Transportation Security Administration**
Office of Chief Counsel
601 South 12th Street
Arlington, Virginia 20598

<u>Additional parties served per Fed. R. Civ. P. 4</u>:

**Geoffrey S. Berman, United States Attorney**
Civil Division
United States Attorney's Office
86 Chambers Street / 3rd Floor
New York City, NY 10007

U.S. Department of Justice
**Attorney General William Barr**
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001