```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
AMERICAN CIVIL LIBERTIES UNION
and AMERICAN CIVIL LIBERTIES
UNION FOUNDATION,
                                           O R D E R
              Plaintiffs,
                                         20 Civ. 2213 (NRB)
         - against -

U.S. DEPARTMENT OF HOMELAND
SECURITY, U.S. CUSTOMS AND BORDER
PROTECTION, TRANSPORTATION
SECURITY ADMINISTRATION, and U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

              Defendants.
---------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has reviewed the proposed processing schedules set forth in the joint letter filed on July 3, 2020.  ICE, CBP, and TSA shall process at least 250, 250, and 750 pages per month, respectively, and release all responsive, non-exempt records on the first business day on or after the 30th day of each month, including this month, or earlier until they have released all responsive, non-exempt records to plaintiffs.  If the final number of potentially responsive pages from ICE, CBP, or TSA significantly exceeds the present estimates of 1,013, 1,144 and 2,621, respectively, then plaintiffs may request that the Court increase the number of pages that the pertinent agency is required to

process each month, and the pertinent agency may submit declarations in support of the number of pages that it maintains it can reasonably process each month.  Similarly, if TSA cannot reasonably process at least 750 pages per month, then it may submit declarations in support of the number of pages that it maintains it can reasonably process each month.

After DHS identifies its number of potentially responsive pages, the parties shall confer regarding a processing schedule.  If the parties cannot agree on a schedule for processing DHS's records, then the parties shall submit a joint letter to the Court stating their respective proposed processing schedules.

**SO ORDERED.**

Dated:    New York, New York
          July 7, 2020

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE